# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRISTOPHER DALE HUTTO**                                                                 **PLAINTIFF**

**v.**                        **No. 4:24-cv-01116-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                                                  **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand (*Doc. 12*) is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 28 April 2025.

_____
UNITED STATES MAGISTRATE JUDGE