### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHRISTOPHER DALE HUTTO**                                          **PLAINTIFF**

**v.**                               **No. 4:24-cv-01116-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                   **DEFENDANT**

### ORDER

Pending before the Court is Plaintiff Christopher Hutto's unopposed motion for attorney's fees under the Equal Access to Justice Act ("EAJA") seeking a total award of **$5,493.60**. *Doc. 15.* Plaintiff is entitled to an award of attorney's fees and the requested sum is reasonable.

Accordingly, Plaintiff's motion for attorney's fees (*Doc. 15*) is GRANTED. Plaintiff is awarded **$5,493.60** in attorney's fees under the EAJA.[1]

So Ordered 2 June 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check for EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.